UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NATIONAL ASSOCIATION FOR
THE ADVANCEMENT OF
COLORED PEOPLE, et al.

     Petitioners,

    v.

UNITED STATES OF AMERICA,

     Respondent.

CIVIL ACTION NO.
1:26-CV-01205-JPB

## **ORDER**

Petitioners' Motion to Allow Electronic Equipment [Doc. 31] is

**GRANTED**.  The Court hereby **ORDERS** that the following individuals may

bring  laptops, smartphones, smart tablets, smart watches, external hard drives,

computer mice, presentation remotes, adapters, tech tables, HDMI signal switches,

extension cords, charging cords, wired or wireless/Bluetooth headphones or ear

pods and related peripherals into courtroom 1908 for the duration of the hearing

scheduled for Friday, March 27, 2026, at 9:00 AM:

- Julie M. Houk
- Marc P. Epstein

Proper identification will be required upon entering the security station on the plaza or lower plaza level. Any equipment shall be subject to inspection by the United States Marshal's Service.  Recording of court proceedings is strictly prohibited.

    **SO ORDERED** this 26th day of March, 2026.

J. P. BOULEE
United States District Judge