# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:26-cv-01205-JPB
## National Association For The Advancement of Colored People et al v. United States of America
## Honorable J. P. Boulee

Minute Sheet for proceedings held In Open Court on 03/27/2026.

TIME COURT COMMENCED: 4:00 P.M.
TIME COURT CONCLUDED: 4:35 P.M.          COURT REPORTER: Penny Coudriet
TIME IN COURT: 00:35                              DEPUTY CLERK: Jennifer Lee
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEYS PRESENT: | Marc Epstein representing Georgia Coalition for the Peoples Agenda<br>Marc Epstein representing NAACP Atlanta<br>Marc Epstein representing National Association For The Advancement of Colored People<br>Marc Epstein representing National Association for the Advancement of Colored People Georgia State Conference<br>Marc Epstein representing Dontaye Carter<br>Marc Epstein representing Tamara Orange<br>Julie Houk representing Georgia Coalition for the Peoples Agenda<br>Julie Houk representing NAACP Atlanta<br>Julie Houk representing National Association For The Advancement of Colored People<br>Julie Houk representing National Association for the Advancement of Colored People Georgia State Conference<br>Julie Houk representing Dontaye Carter<br>Julie Houk representing Tamara Orange<br>Michael Weisbuch representing United States of America |
| PROCEEDING CATEGORY: | Motion Hearing (Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | The Court heard argument on Respondent's Motion to Dismiss [Doc. 26]. |
| HEARING STATUS: | Hearing Concluded |