**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. 1:26-cv-1205-JPB |

**PETITIONERS' SUR-REPLY IN OPPOSITION TO GOVERNMENT'S MOTION TO SUMMARILY DISMISS OR STAY PROCEEDINGS**

The government's reply—twice as long as its original three-and-a-half-page motion to dismiss—improperly raises several new arguments. *See, e.g.*, Order at 4 n.2, *Pitts v. United States*, No. 1:26-cv-00809-JPB (N.D. Ga. Feb. 27, 2026), ECF No. 58 ("As a general rule, federal courts do not consider arguments that are presented for the first time in a reply brief." (quoting *Rindfleisch v. Gentiva Health Servs., Inc.*, 22 F. Supp. 3d 1295, 1301 (N.D. Ga. 2014))). The government's new arguments include that (i) Petitioners are attempting to interfere with an ongoing federal criminal investigation, ECF No. 28 at 1; (ii) Rule 41(g) does not contemplate restrictions on how the government may use lawfully seized evidence, *id.* at 5; and (iii) Petitioners lack standing because Georgia's voter rolls can be purchased online, *id.* at 6.

As to the government's first new argument, for which it provides no factual support, Petitioners request relief only to prohibit the government from using the seized material beyond the criminal investigation identified in the search warrant. Thus, the government is wrong that granting the relief sought would interfere with its criminal investigation. As for its second new argument, Petitioners' Emergency Motion addressed the Court's authority to issue the requested relief. ECF No. 1-1 at 22–24. Finally, even if the government could assert new facts on its facial challenge to Petitioners' standing—and it cannot, *see* ECF No. 27 at 4–5—it should at least get them right. The data that Petitioners seek to protect—sensitive data such as voters' personally identifying information, including social security and drivers' license numbers and full dates of birth—are not available for purchase online, nor is information that would invade ballot secrecy. The government knows this. It has sued the Georgia Secretary of State to obtain that very information. *See* Defendant Raffensperger's Brief in Support of Motion to Dismiss at 1–2, *United States v. Raffensperger*, No. 1:26-cv-00485-ELR (N.D. Ga. Feb. 5, 2026), ECF No. 16-1; ECF No. 1-1 at 8. And the website the government identifies as the place to purchase voter rolls states that its data do not include "telephone numbers, date[s] of birth, Social Security number[s] or Driver's License number[s]." *See* https://sos.ga.gov/page/order-voter-registration-lists-andfiles (linking to https://georgiasecretaryofstate.net/collections/voter-list-1).

Dated: March 23, 2026

Respectfully submitted,

/s/ Marc P. Epstein
Edward G. Caspar*
Leah Frazier*
Robert N. Weiner*
Jeffrey Blumberg*
Julie Houk*
Catherine Meza*
Marc Epstein*
Grace Thomas*
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, D.C. 20005
ecaspar@lawyerscommittee.org
lfrazier@lawyerscommittee.org
rweiner@lawyerscommittee.org
jblumberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
cmeza@lawyerscommittee.org
mepstein@lawyerscommittee.org
gthomas@lawyerscommittee.org
Telephone: (202) 662-8600
Facsimile: (202) 783-0857

Gerald Weber (GA Bar No. 744878)
Law Offices of Gerry Weber, LLC
Post Office Box 5391
Atlanta, Georgia 31107
Telephone: (404) 522-0507
wgerryweber@gmail.com

*Attorneys for Petitioners National Association for the Advancement of Colored People ("NAACP"), National Association for the Advancement of Colored People Georgia State Conference ("Georgia NAACP"), NAACP Atlanta, Georgia Coalition for the People's Agenda, Dontaye Carter, and Tamara Orange*

* *Admitted to practice pro hac vice*

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1, the undersigned counsel hereby certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1.

Dated this 23rd day of March 2026.

*/s/ Marc P. Epstein*
Marc P. Epstein

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2026, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Dated this 23rd day of March 2026.

*/s/ Marc P. Epstein*
Marc P. Epstein